No. 354. AKRON, CANTON & YOUNGSTOWN RAILWAY Co. *v.* HAGENBUCH ET AL., TRUSTEES, ET AL.; and
No. 355. CHAMBERLAIN ET AL. *v.* HAGENBUCH ET AL., TRUSTEES, ET AL. May 24, 1943. Petition for rehearing

denied.   MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.   318 U. S. 794.